IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 19-cv-02107-CMA-STV

KEVIN KEAGLE, and
TABITHA FLING, *on behalf of themselves and all others similarly situated*,

    Plaintiffs,

v.

CREDIT BUREAU OF CARBON COUNTY, d/b/a COLLECTIONCENTER, INC.

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the parties' Joint Stipulation of Voluntary Dismissal with Prejudice (Doc. # 21). The Court having reviewed the file and being fully advised in the premises, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his, her, or its own costs and attorneys' fees.

DATED:  November 22, 2019

                                                  BY THE COURT:

                                                  CHRISTINE M. ARGUELLO
                                                  United States District Judge